IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE OSMIN CALDERON PACHECO, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | No. 3:11-CV-00221 |
| v. | ) | |
| | ) | |
| WILL JOHNSON, Individually and in His | ) | Judge Aleta A. Trauger |
| Official Capacity as an Officer of the | ) | Magistrate Judge Joe Brown |
| Springfield Police Department, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## MOTION IN LIMINE #22 BY OFFICER WILL JOHNSON REGARDING THE LIMITATION OF TESTIMONY INVOLVING THE OPINIONS OF POLICE OFFICERS

Defendant Officer Will Johnson ("Johnson"), in accordance with the Case Management Order, (DE 296), files this Motion in Limine #22 to limit any opinion testimony from other police officers as to whether Officer Johnson's actions were reasonable.

Pursuant to Rules 602 and 701, Defendant Johnson moves the Court *in limine* for an order prohibiting Plaintiff's counsel from asking police officer witnesses of their opinion regarding the reasonableness of Defendant Johnson's actions and from police officer witnesses testifying about the reasonableness of Defendant Johnson's actions. No other police officers were present on the scene during Officer Johnson's pursuit of Plaintiff. Further, no video evidence exists regarding the pursuit. Thus, no other police officer has the requisite personal knowledge needed to testify about the incident or whether Defendant Johnson's actions were reasonable.

Therefore, as no other police officer has personal knowledge as it relates to Defendant Johnson's pursuit of Pacheco, any testimony from those police officers as it concerns the